UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20546-2-HUCK/BECERRA

**UNITED STATES OF AMERICA**,

v.

**KAISI PRESINAL,**

    Defendant.

_____/

**ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY**

**THIS MATTER** is before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation ("R&R") on Change of Plea, which was entered on January 25, 2022. [ECF No. 30]. In the R&R, Judge Becerra found that the Defendant Kaisi Presinal, freely and voluntarily entered a plea of guilty as to Count I of the Indictment, which charges Defendant with conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Count I, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Judge Becerra's R&R, and the parties have filed notices of non-objection to the R&R. [ECF Nos. 32 and 33]. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of

guilty, and Defendant is hereby adjudged guilty as to Count I of the Indictment; and (3) a sentencing hearing before the Honorable Paul C. Huck is set for **Monday, April 11, 2022 at 4:00 PM**.

      **DONE AND ORDERED** in Miami, Florida on January 26, 2022.

                                                  PAUL C. HUCK
                                                  UNITED STATES DISTRICT JUDGE

<u>Copies Furnished to:</u>
Magistrate Judge Jacqueline Becerra
All counsel of record